UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

KATHRYN NURRE,

                Plaintiff,

     v.

DR. CAROL WHITEHEAD, in her individual
and official capacity as the Superintendent of
Everett School District No. 2,

                Defendant.
_____

No. C06-901RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On April 26, 2007, plaintiff filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. ##16 - 20). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why she should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 7). Plaintiff shall immediately deliver a paper copy of the documents filed on April 26, 2007, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for May 14, 2007.

ORDER TO SHOW CAUSE

1   DATED this 7th day of May, 2007.

2

3

4                                            /s/ Robert S. Lasnik
                                             Robert S. Lasnik
5                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                          -2-