UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

KATHRYN NURRE,

      Plaintiff,

  v.

DR. CAROL WHITEHEAD, in her individual and official capacity as the Superintendent of Everett School District No. 2,

      Defendant.

---

No. C06-901RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On May 7, 2007, the Court ordered plaintiff to deliver a courtesy copy of documents she filed on April 26, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. # 22) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 9th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE